**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VIDAL ARANA CABRERA,

Petitioner

v.

DHS, et al.,

Respondents

Case No.: 2:26-cv-02438-APG-NJK

**Order Denying Motion to Transfer Petitioner Out of the District of Nevada**

[ECF No. 16]

The respondents moved for leave to transfer petitioner Vidal Arana Cabrera out of the district to effectuate Cabrera's removal from the country. ECF No. 16. The respondents contended that they could remove Cabrera because an immigration judge (IJ) ordered him removed to Guatemala on September 10, 2026.[1] Cabrera responds by providing evidence that he appealed the IJ's order to the Ninth Circuit and that court entered a temporary stay of removal. ECF No. 17-1 at 2. He thus argues that his removal is barred by the Ninth Circuit's order, so I should deny the motion.

I deny the respondents' motion because the Ninth Circuit has temporarily stayed removal. *Id.* Consequently, there is no present basis to transfer him out of the district to effectuate his removal.

I THEREFORE ORDER that the respondents' motion for leave to transfer petitioner out of the District of Nevada (ECF No. 16) is DENIED.

DATED this 7th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

[1] The respondents' brief purports to attach the IJ's order but it did not. *See* ECF Nos. 16 at 1; 16-1.